RECEIVED
____ ENTERED  ____ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC - 2 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### RENO, NEVADA

UNITED STATES OF AMERICA

vs.

GLEN ALLEN REYNOLDS,

*Defendant*

**ORDER TO DETAIN A DEFENDANT TEMPORARILY UNDER 18 U.S.C. § 3142(d)**

CASE NUMBER: 2:09-CR-0464-KJD-PAL

At the time of the alleged offense, the defendant was not a United States citizen or a person lawfully admitted for permanent residence, or, alternatively, the defendant was on release pending trial for a state or federal felony; on release after conviction for any type of offense, state or federal; or on probation or parole. This court finds that the defendant, if released, may flee or pose a danger to another person or the community.

**IT IS ORDERED:** The defendant must be detained temporarily under 18 U.S.C. § 3142(d) until a date and time to be determined by the United States Marshals Service.

The attorney for the government is directed to notify the appropriate court, probation or parole officer, state or local law enforcement officer, or the United States Citizenship and Immigration Services so that a detainer may be placed on the defendant or custody may be transferred. If no action is taken by the above date, the defendant must by brought before this court on that date for further proceedings.

Date: December 2, 2016

_____
Judge's Signature

VALERIE P. COOKE, U.S. MAGISTRATE JUDGE
Printed name and title